```
              UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| CLARENCE DAVIS, | : | CIVIL NO. **3:03-CV-0068** |
| Plaintiff | : | (Judge Nealon) |
| v. | : | (Magistrate Judge Smyser) |
| C.O. CHESTER D. FILIPIAK, | : | |
| Defendant | : | |

## REPORT AND RECOMMENDATION

The plaintiff commenced this 42 U.S.C. § 1983 action on January 10, 2003. The discovery period has ended. The deadline for filing dispositive motions has passed. No motions are pending. The case is ready for trial.

Based on the foregoing it is recommended that the case be listed for trial.

_____
*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: February 15, 2006.